Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

_____

| | |
|---|---|
| Jamal Uddin, Samina Azad ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | Case No. |
| vs. ) | |
| ) | |
| Michael Mukasey, Attorney General of the ) | COMPLAINT FOR MANDAMUS |
| United States; Michael Chertoff, Secretary of the ) | TO COMPEL DEFENDANTS |
| Department of Homeland Security; Emilio ) | TO COMPLETE ADJUDICATION |
| Gonzalez, Director of United States Citizenship & ) | OF ADJUSTMENT OF STATUS |
| Immigration Services; Robert S. Mueller, III, ) | APPLICATION |
| Director of the Federal Bureau of Investigations; ) | |
| Christina Poulos, Director of the California Service ) | |
| Center; Robin Barrett, USCIS District Director, ) | A 098-529-157, A098-708-002 |
| et al; ) | SRC-05-085-52081, SRC-05-085-52185 |
|     Defendants ) | |

_____

## PLAINTIFF'S ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS

COMES NOW Jamal Uddin, Samina Azad Plaintiffs in the above-styled and numbered

cause, and for cause of action would show unto the Court to following:

1.    This action is brought against the Defendants to compel action on an application for lawful

permanent resident status properly filed by the Plaintiffs. The application was filed and

remains within the jurisdiction of the Defendants, who have improperly withheld action on

said application to Plaintiffs' detriment.

## PARTIES

2.    Jamal Uddin and Samina Azad submitted form I-485, applications to adjust their status to that of lawful permanent residents to the United States Citizenship and Immigration Services (USCIS) San Francisco office on February 1, 2005.  Their adjustment of status applications were submitted on the basis of Mr. Uddin's approved I-140 petition for Jamal Uddin, which was approved on June 10, 2003.  However, as of filing of this complaint, they have not received written notice of any decision on the I-485 adjustment of status petitions. They have had their fingerprints taken on three occasions, and have fully complied with all requirements.

3.    Defendant Michael Mukasey is Attorney General of the United States, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Justice. 8 U.S.C. §1103(a). More specifically, the Attorney General is responsible for the adjudication of applications for adjustment of status filed pursuant to §245 of the Immigration and Nationality Act (INA), 8 U.S.C. §1255. The United States Citizenship and Immigration Service is an agency within the Department of Justice to whom the Attorney General's authority has in part been delegated, and is subject to the Attorney General's supervision.

4.    Defendant Michael Chertoff, is Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity.  He is charged with supervisory authority over all operations within the Department of Homeland Security. The United States Citizenship and Immigration Service is an agency within the Department of Homeland Security to whom the Secretary of Homeland Security's authority has in part been delegated, and is subject to his supervision.

5.      Defendant, Emilio Gonzalez, is Director of USCIS, and this action is brought against him in his official capacity.  He is charged with supervisory authority over all operations of USCIS.

6.      Defendant, Christina Poulos, is Director of the USCIS California Service Center, and this action is brought against her in her official capacity. She is charged with supervisory authority over all operations of the California Service Center.

7.      Defendant,  Robin Barrett, USCIS District Director is the official of the United States Citizenship and Immigration Service generally charged with supervisory authority over all operations of the USCIS within her District with certain specific exceptions not relevant here. This action is brought against her in her official capacity. 8 CFR §103.1(g) (2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiffs' USCIS applications were properly filed.

8.      Defendant, Robert S. Mueller, III, Director of the Federal Bureau of Investigations is charged with Supervisory Authority over all operations of the FBI. Defendant, Robert Mueller, III, is responsible for the completion of the security clearance in Plaintiffs' case.

## JURISDICTION

9.      Jurisdiction in this case is proper under 28 U.S.C. §§1331 and 1361, 5 U.S.C. §701 *et seq.,* and 28 U.S.C. §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

10.     Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred. More specifically, Plaintiffs' applications for lawful permanent resident status were properly filed and, to Plaintiffs' knowledge, remain pending with the San Francisco USCIS District Director.

## EXHAUSTION OF REMEDIES

11.    Plaintiffs have exhausted their administrative remedies. Plaintiffs have made numerous in-person, telephonic and written inquiries concerning the status of the applications to no avail. Plaintiffs have been assisted in their attempt to have their applications adjudicated by the staff of Senator Barbara Boxer's office.  There are no administrative remedies remaining for the Plaintiffs to exhaust, because there is no administrative body to which they can appeal the refusal of the Defendants to perform their ministerial duties.

## CAUSE OF ACTION

12.    Jamal Uddin's I-140 petition for alien worker was approved on June 10, 2003.

13.    All legal prerequisites having been satisfied, Jamal Uddin and his wife, Samina Azad applied for adjustment of status to lawful permanent resident with the Defendant District Director on February 1, 2005.

14.    Plaintiffs' applications for adjustment of status have now remained unadjudicated for two years and eleven months. See Nadler v. INS, 737 F.Supp. 658 (D.D.C. 1989)(a delay of two years in the processing of an application for adjustment of status was considered unreasonable); Paunescu v. INS, 76 F.Supp. 2d 896, 902 (N.D. ILL. 1999)(mandamus granted for two-year delay in processing adjustment of status application). Yu v. Brown, 36 F. Supp. 2d 922, 935 (D.N.M. 1999) (two and one half year delay is on its face an unreasonable amount of time to process a routine application and requires an explanation).

15.    Defendants have sufficient information to determine Plaintiffs' eligibility pursuant to applicable requirements. To date, said applications have not been adjudicated.

16.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to adjudicate Plaintiffs' applications for almost three years, thereby depriving them of the right

to a decision on their status and the peace of mind to which Plaintiffs are entitled.

17.     Plaintiffs seek to integrate fully into American life, society and culture.  Naturalization as an American citizen, with the rights and privileges inherent therein, depends upon prior permanent resident status for at least 5 years.  INA § 319(a), 8 U.S.C. § 1430(a).  Plaintiffs are therefore being deprived of the right to accumulate the requisite time as a permanent residents before they are eligible to apply for naturalization, as a direct result of Defendants' failure to timely adjudicate their applications to adjust status.

18.     The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case.

19.     Plaintiffs have made numerous status inquiries in an attempt to secure adjudication of their applications, all to no avail. Accordingly, Plaintiffs have been forced to retain the services of an attorney to pursue the instant action.

### PRAYER

20.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a)     requiring Defendants to adjudicate Plaintiffs' applications for adjustment of status within 30 days;

(b)     awarding Plaintiffs reasonable attorney's fees; and

(c)     granting such other relief at law and in equity as justice may require.

Dated: January 8, 2008                      Respectfully submitted,

JAMAL UDDIN, SAMINA AZAD MANDAMUS                                    5

_____
Erich Keefe, Esq
Attorney for Plaintiffs

## LIST OF EXHIBITS

*Exhibit Description*

1        Approval notice for I-140 petition;

2        Receipt notice for I-485 for Jamal Uddin;

3        Receipt notice for I-485 for Samina Azad;

4        January 8, 2007 USCIS inquiry receipt;

5        October 10, 2007 letter from U.S. Department of Homeland Security;

6        September 27, 2007 letter from U.S. Department of Homeland Security ;

7        November 13, 2007 letter to USCIS;

8        Case Status Search worksheet;

9        April 12, 2007 Texas Service Center record of inquiry;

10       November 19, 2007 letter from Barbara Boxer's office;

"Exhibit 1"

| RECEIPT NUMBER LIN-03-197-50945 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
|---|---|---|---|
| RECEIPT DATE June 10, 2003 | PRIORITY DATE June 10, 2003 | PETITIONER UDDIN, JAMAL | |
| NOTICE DATE November 24, 2004 | PAGE 1 of 1 | BENEFICIARY UDDIN, JAMAL | |

| | |
|---|---|
| LESLIE A. JEWELL<br>LESLIE A JEWELL ATTORNEY AT LAW<br>55 NEW MONTGOMERY STREET STE 308<br>SAN FRANCISCO CA 94105 | Notice Type: Approval Notice<br>Section: Indiv w/Adv Deg or Exceptional<br>Ability in the National<br>Interest |

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 08/31/04) N

"Exhibit 2"

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|
| SRC-05-085-52091 | | RESIDENT STATUS | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A098 529 157 |
| February 1, 2005 | | UDDIN, JAMAL | |
| NOTICE DATE | PAGE | | |
| February 2, 2005 | 1 of 1 | | |

LESLIE A. JEWELL
55 NEW MONTGOMERY ST STE 308
SAN FRANCISCO CA 94105

Notice Type: Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct
beneficiary of immigrant
petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
  On our website you can also sign up to get free e-mail updates as we complete key processing
  steps on this case.
- Most of the time your case is pending the processing status will not change because we will be
  working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
  If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current
  processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you
contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative,
as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping
a relative immigrate to the United States. Eligible family members must wait until there is a visa number available
before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will
allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay
the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel**
<http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our
website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative
petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 08/31/04) N

"Exhibit 3"

| RECEIPT NUMBER<br>SRC-05-085-52185 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
|---|---|---|---|
| RECEIVED DATE<br>February 1, 2005 | PRIORITY DATE | APPLICANT   A098 708 002<br>AZAD, SAMINA | |
| NOTICE DATE<br>February 2, 2005 | PAGE<br>1 of 1 | | |
| LESLIE  A. JEWELL<br>55 NEW MONTGOMERY ST STE 308<br>SAN FRANCISCO CA 94105 | | Notice Type:  Receipt Notice<br><br>Amount received: $  385.00<br><br>Section: Derivative adjustment | |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 09/31/04) N

"Exhibit 4"

Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Monday, January 8, 2007

JAMAL UDDIN
340 GATEWAY DR. APT 106
PACIFICA CA 94044

Dear JAMAL UDDIN:

On 01/03/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | SRC-05-085-52081 |
| **Beneficiary (if you filed for someone else):** | UDDIN, JAMAL |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

XM0210

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 01-08-2007 03:29 PM EST - SRC-05-085-52081

"Exhibit 5"



U.S. Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

# Homeland Security

October 10, 2007

Mr./Ms. Samina Azad
909 Catamaran St, Apartment 3
Foster City, CA 94404-3334

Dear Mr./Ms. Azad:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services
Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and
Immigration Services (USCIS). USCIS should issue a response to you within forty-five
(45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with
USCIS, it is an independent entity within the Department of Homeland Security (DHS).
The office of the CIS Ombudsman is charged with assisting individuals who experience
difficulties with the USCIS benefits process. Additionally, the office of the CIS
Ombudsman is dedicated to identifying systemic problems in the immigration benefits
process, and to recommending solutions to USCIS. Therefore, the concerns you raised in
your letter will be considered as our office develops recommendations to improve
USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us
the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

"Exhibit 6"



U.S. Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

# Homeland Security

September 27, 2007

Mr. Jamal Uddin
909 Catamaran St, Apartment 3
Foster City, CA 94404-3334

Dear Mr. Uddin:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

Email: cisombudsman@dhs.gov          Web: http://www.dhs.gov/cisombudsman

**"Exhibit 7"**

Dated: 11/13/2007

Mr. Prakash I. Khatri
Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

Dear Mr. Prakash I. Khatri:

In response to my recent request for an inquiry into the extreme delay in processing of my I-485 application by the U.S. Citizenship and Immigration Services (USCIS), I received a letter from your office (copy attached). The letter states that I would receive a response from the USCIS within forty-five (45) calendar days. Unfortunately, this period has passed already and I have not received any response within the stated time.

Here, I would like take the opportunity to reiterate the fact that my priority date is 6/10/2003 and the USCIS received my I-485 application for adjustment of status or permanent residency on 02/02/2005, however, since then my case remained pending.

It has been almost five years now since I have started my immigration process to become a lawful permanent resident and I am still waiting for green card or permanent residency status. This delay in overall processing has caused me of considerable hardships and anxiety. I have missed many other career opportunities due to restrictions applied to my employment. At this point, we would like to seek your kind help again with this matter. Please let me know if you need any further information. Best regards,

Sincerely yours,

(Jamal Uddin)

Jamal Uddin, PhD
909 Catamaran St., #3
Foster City, CA 94404
Phone (713) 498-8182
Email: jamal.uddin@gmail.com

"Exhibit 8"

Citizenship and Immigration Services Ombudsman                    (CIS Ombudsman Form DHS-7001)

NOTE: Please read the attached instructions before submitting this worksheet. In completing this worksheet, the "subject" refers to the person whom the inquiry is about. In submitting your inquiry, please provide as much information as possible. Places requiring your signature are indicated with the ☑ symbol.

| 1. Name of subject. The person this case problem is about who is seeking the immigration benefit. | First Name: JAMAL | | Middle Name: | | Last Name: UDDIN | |
|---|---|---|---|---|---|---|
| 2. Contact information. The contact information of the person the case problem is about. If you are submitting this form for someone else, complete number 14. | Street Address: 909 Catamaran Street | | | Apartment/Suite: #3 | City: Foster City | State/Province: CA |
| | County: San Mateo | Zip Code: 94404 | E-Mail Address: jamal.uddin@gma | | Phone Number: (with Area Code) (713) 498-8182 | Fax Number: (with Area Code) |
| 3. Subject's date of birth. Please indicate in the following format: (mm/dd/yyyy). | Date of Birth: (mm/dd/yyyy) 01/01/1971 | | | | | |
| 4. Subject's country of birth and citizenship. | Country of Birth: Bangladesh | | | Country of Citizenship: Bangladesh | | |
| 5. Alien or "A" number. The "A" number appears in the following format: A123-456-789. NOTE: Not every person is assigned an "A" number by USCIS. If you do not have an "A" number, leave this section blank. | A Number: A 098-529-157 Tip: Your "A" number can be found on many USCIS documents including your work permit. | | | | | |
| 6. Type of case problem. Check all that apply; | I am an: a. ☒ Individual, b. ☐ Employer; | | | | | |
| 7. Person preparing this form: Please indicate who is filing this case problem. | I am: a. ☒ The person this case problem is about who is seeking the immigration benefit; b. ☐ An organization on behalf of an individual; c. ☐ An attorney/representative; d. ☐ Other (Explain fully); | | | | | |
| 8. Applications/Petitions filed: List all applications or petitions pending with USCIS that pertain to your case problem. | Date Application/Petition was received by USCIS: 02/02/2005 | | USCIS Form Number: I-485 | USCIS Name of Form: Application for Permanent Resi☑ | | |
| | Date Application/Petition was received by USCIS: | | USCIS Form Number: | USCIS Name of Form: | | |
| | Date Application/Petition was received by USCIS: | | USCIS Form Number: | USCIS Name of Form: | | |
| | Tip: List all forms that are the subject of this case problem. E.g.: If you are filing for a Green Card and are experiencing a problem with your work permit application that was submitted with your Green Card application, list both Forms I-485 (Application Adjustment of Status) and I-765 (Application for Employment Authorization Document) above. | | | | | |
| 9. Receipt Number. Please do not include dashes between the characters; | Receipt Number: SRC0508552081 Tip: Your receipt number is located in the top left hand corner of your Notice of Action (USCIS Form I-797). | | | | | |

Form DHS-7001 (08/24/06)

| interim benefit applied or petitioned for: The subject of the case problem is applying for immigration status: | for a visitor for pleasure-business, change of status to student, fiance/e, temporary worker, Temporary Protected Status (TPS) etc.) | (e.g.: H-1B1, J2, F1, L1A) |
|---|---|---|

**b.** ☒ As an Immigrant (often called "Green Card" application) based on:

   **i.** ☐ A marital relationship of less than two years;

   **ii.** ☐ A marital relationship of more than two years;

   **iii.** ☐ A family relationship and is the parent, child, brother/sister, etc. of the sponsor;

   **iv.** ☒ An employment relationship and is the (future) employee or the spouse of child of the principle (future) employee;

   **v.** ☐ Refugee/Asylum;

   **vi.** ☐ Other: _____

**c.** ☐ For Citizenship or Naturalization:

**d.** ☐ For Refugee/Asylum;

**e.** ☐ For Interim Benefits (Work Permit/Travel Document, etc.)    Type: **i.** ☐ Employment Authorization Document (e.g.: Work Permit)    Work Permit Category: _____

   **ii.** ☐ Advance Parole Document (Travel Document);

**f.** ☐ Other (Application for Waiver, Replacement Document, etc.)    Type:

   ☐ Waiver (I-601/I-212): _____

   ☐ Replacement of a Document

      ☐ Citizenship Certificate

      ☐ Naturalization Certificate

      ☐ Permanent Resident Card

      ☐ Other: _____

   ☐ Other: _____

---

**11. Source of case problem:**
Check all that apply. Provide a description in Number 12 below. Description of Your case problem.

**a.** ☒ I am facing or am about to face an immediate adverse action or impact, an emergency or any other type of significant hardship, caused by an action/inaction/delay in processing by USCIS, or a problem that could not be resolved through the normal processes provided for by the USCIS;

**b.** ☒ I am experiencing processing delays with a case that are beyond anticipated processing times;

**c.** ☒ I am incurring or am about to incur significant and unusual costs (including fees for professional representation that are not normally incurred);

**d.** ☒ I have brought this case problem to the attention of USCIS and have not received a response or resolution within the anticipated time frames;

**e.** ☐ Other (specify):

---

**12. Description of your case problem:**
Describe the case problem you are experiencing with USCIS. Attach additional pages if needed.

My application for permanent residence has been pending for nearly three years. I have been found to be a scientist whose immigration is in the national interest; yet I am unable to fulfill my promise to this country because I cannot accept many research positions unless I have permanent resident status. This delay in overall processing has caused me of considerable hardships and anxiety. I am about to incur significant and unusual legal costs to bring this application to the attention of the courts.

| remedy the problem. Check all that apply: | b. ☒ Visited USCIS Case Status Service Online at http://www.uscis.gov. |
|---|---|
| | c. ☒ Contacted the National Customer Service Center (NCSC) for information and/or assistance regarding this case at their toll-free telephone number 1-800-375-5283. |
| | d. ☐ Contacted the following government department/agency for assistance: |
| | e. ☐ Contacted the following congressional representative for assistance: |

| **14. Designated Attorney/ Representative:** | First Name: | | Middle Name: | | Last Name: | |
|---|---|---|---|---|---|---|
| Please complete this section if you are an attorney, organization or designated representative who is submitting this case problem.<br><br>If you are the beneficiary of a pending petition and have obtained consent from the petitioner (see **Number 15**), check box 3, sign and date. | Street Address: | | Apartment/Suite: | City: | | State/Province: |
| | County: | Zip Code: | E-Mail Address: | | Phone Number: *(with Area Code)* | Fax Number: *(with Area Code)* |
| | 1. ☐ I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. |||||||
| | State of Admission: | | | | Name of Court: | |
| | 2. ☐ I am an accredited representative of the following named religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1. |||||||
| | 3. ☒ I am the beneficiary of a pending petition and the petitioner is consenting to the release of information about a pending case to me. |||||||
| | 4. ☐ Other (Explain fully): |||||||
| | 5. ☐ I have submitted a USCIS Form G-28 as the attorney/representative for the application/ petition for which case problem is being submitted. |||||||
| | Signature of Attorney/Representative: | | | | | Date (mm/dd/yyyy): |

| **15. Consent:**<br>If you are the beneficiary of a pending petition, and you are not a lawful permanent resident or U.S. citizen, the petitioner must sign here to give consent to the release of his or her information | Pursuant to 5 U.S.C. Section 552a(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to release any and all information relating to me to: [Print or Type Name]. I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Signature of Subject: |
| | Print Subject's Name:<br>Jamal Uddin | Date (mm/dd/yyyy):<br>11/13/2007 |

| **16. Verification:**<br>This item should be signed and completed by the subject of the inquiry. | I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am the subject of the inquiry and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under the false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. Further, pursuant to 5 U.S.C. Section 552a(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to release any and all information relating to me to : [Print or Type Name]. |
|---|---|
| | Signature of Subject: |
| | Print Subject's Name:<br>Jamal Uddin | Date (mm/dd/yyyy):<br>11/13/2007 |

"Exhibit 9"

From: xxxx
Sent: Thursday, April 12, 2007 10:55 PM
To: leslie@ilawjewell.com
Subject: TSC Inquiry 637-200716

TSC's reply:

**Government Comments:** Name is pending security clearance. Tnks. xM0265

<table>
<tr><td colspan="4" align="center">**Texas Service Center (TSC)**</td></tr>
<tr>
<th>Form Type<br>Information</th>
<th>Petitioner/Principal<br>&<br>Beneficiary/Derivatives<br>Information</th>
<th>AILA Member<br>G-28 Attorney<br>Information</th>
<th>Additional Case<br>Information</th>
</tr>
<tr>
<td>*Record Number*<br>**637-200716**<br><br>*Form Type:*<br>*I-485- Employment*<br>*based adjustment*<br><br>*Receipt Date:*<br>*2/1/2005*</td>
<td>**Principal:**<br>*Name: Jamal UDDIN*<br>*Date of Birth: 1/1/1971*<br>*A Number:*<br>*A098-529-157*<br>*Receipt Number:*<br>*SRC0508552081*<br><br>**Beneficiary A:**<br>*Name: Jamal UDDIN*<br>*A Number:*<br>*A098-529-157*<br>*Receipt Number*<br>*SRC0508552081*<br>*Date of Birth: 1/1/1971*<br><br>**Beneficiary B:**<br>*Name: Samina AZAD*<br>*A Number*<br>*A098-708-002*<br>*Receipt Number:*<br>*SRC0508552185*<br>*Date of Birth: 5/10/1969*</td>
<td>*I am the G-28*<br>*Attorney? Yes*<br>*Member No: 8232*<br><br>*Name: Leslie Jewell*<br>*E-mail:*<br>*leslie@ilawjewell.com*<br>*Phone: 415-856-0100*<br>*Fax: 415-856-0101*<br>*Firm: Leslie A. Jewell,*<br>*Attorney at Law*</td>
<td>*Is I-485 Current? Yes*<br>*I-485 Receipt:*<br>*SRC0508552081*<br><br>*Priority Date: 6/10/2003*<br>*Priority Classification: EB2*<br>*Nat'l Interest Waiver*<br>*Priority Country:*<br>*Bangladesh*<br><br>*Was this an Indirect Filing*<br>*Case? No*<br><br>*Notice of transfer to*<br>*another office? No*</td>
</tr>
<tr>
<th>NCSC</th>
<th>Date contacted:</th>
<th>Action received?</th>
<th>Description:</th>
</tr>
<tr>
<td>NCSC - A</td>
<td>2/3/2006</td>
<td>Yes</td>
<td>Will reply within 30 days</td>
</tr>
<tr>
<td>NCSC - B</td>
<td>11/16/2006</td>
<td>Yes</td>
<td>Will reply within 60 days</td>
</tr>
</table>

**Problem:**
> Outside Normal Processing Time
**Committee Comments:**
>
**Government Comments:** Name is pending security clearance. Tnks. xM0265

*Record Number* **637-200716**

"Exhibit 10"

United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

November 19, 2007

Mr. Jamal Uddin
909 Catamaran St, Apartment 3
Foster City, California 94404

Dear Mr. Uddin:

    Thank you for your recent correspondence to Senator Boxer requesting assistance with
your immigration problem. It is my understanding that your case is currently pending security
clearances.

    I have sent an inquiry to the Federal Bureau of Investigation (FBI) Name Check Program.
However, due to the sensitive nature of security clearances, our office is unable to request
expeditious processing of your name check. The inquiry will only reveal the status of your case.

    The average time for a response from the FBI is approximately sixty to ninety days. If
you do not hear from our office after ninety days, please call me at (415) 403-0100.

    Thank you for writing.

                                    Sincerely,

                                    Lucia C. Macias
                                    Constituent Representative

1GOMERY STREET    312 NORTH SPRING STREET    501 'I' STREET    2500 TULARE STREET    600 'B' STREET    201 NORTH 'E' STREET
                  SUITE 1748                 SUITE 7-600       SUITE 5290            SUITE 2240         SUITE 210
CISCO, CA 94111   LOS ANGELES, CA 90012      SACRAMENTO, CA 95814   FRESNO, CA 93721   SAN DIEGO, CA 92101   SAN BERNARDINO, CA 92401
)100              (213) 894-5000             (916) 448-2787    (559) 497-5109        (619) 239-3884     (909) 888-8525

PRINTED ON RECYCLED PAPER