1 Shah Peerally (CA Bar No: 230818)
  Erich Keefe (CA Bar No: 226746)
2 LAW OFFICES OF SHAH PEERALLY
  4510 Peralta Blvd, Suite 23
3 Fremont, CA 94536
  Telephone: (510) 742 5887
4 Fax: (510) 742 5877

5 Attorneys for Plaintiffs: Jamal Uddin, Samina Azad

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Jamal Uddin, Samina Azad )<br>)<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>Michael Mukasey, Attorney General of the )<br>United States; Michael Chertoff, Secretary of the )<br>Department of Homeland Security; Emilio )<br>Gonzelez, Director of United States Citizenship & )<br>Immigration Services; Robert S. Mueller, III, )<br>Director of the Federal Bureau of Investigations; )<br>Christina Poulos, Director of the California Service )<br>Center; Robin Barrett, USCIS District Director )<br>et al; )<br>)<br>    Defendants )<br>_____) | Case No. CV- 08-00117<br><br>MOTION FOR VOLUNTARY<br>DISMISSAL; AND ORDER |

Plaintiffs, by and though their attorney of record, hereby move the Court to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiffs' applications for lawful permanent residence

February 13, 2008                                                    Respectfully submitted,


                                                                     Attorney for Plaintiffs


                                                                     _s/Erich Keefe____
                                                                     Erich Keefe, Esq.
                                                                     Attorney for Plaintiff

Motion to dismiss

1

1
2                                    **ORDER**
3    IT IS SO ORDERED.
4       Date:
5
6                                                                   _____
                                                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion to dismiss

2