Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiffs: Jamal Uddin, Samina Azad

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Jamal Uddin, Samina Azad )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Michael Mukasey, Attorney General of the )<br>United States; Michael Chertoff, Secretary of the )<br>Department of Homeland Security; Emilio )<br>Gonzelez, Director of United States Citizenship & )<br>Immigration Services; Robert S. Mueller, III, )<br>Director of the Federal Bureau of Investigations; )<br>Christina Poulos, Director of the California Service )<br>Center; Robin Barrett, USCIS District Director )<br>et al; )<br>)<br>Defendants )<br>_____ ) | Case No. CV- 08-00117<br><br>MOTION FOR VOLUNTARY DISMISSAL; AND ORDER |

Plaintiffs, by and though their attorney of record, hereby move the Court to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiffs' applications for lawful permanent residence

February 13, 2008                                                                                       Respectfully submitted,


                                                                                                                          Attorney for Plaintiffs


                                                                                                                          _s/Erich Keefe____
                                                                                                                          Erich Keefe, Esq.
                                                                                                                          Attorney for Plaintiff

1
2                                    **ORDER**
3    IT IS SO ORDERED.
4        Date:   February 15, 2008
5
6                                                          _____
                                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

